ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEENA WISAM ABDULBARI ALMSAID, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, ET AL., <br><br> Defendants. | CASE NO. 1:25-cv-01560-JLT-FRS (SKO) <br><br> STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME <br><br> (Doc. 9) |

Defendants respectfully request to extend their deadline to respond to the Complaint through and including April 30, 2026, and Plaintiffs do not oppose. Plaintiffs allege the United States Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of their I-130, Petition for Alien relative. USCIS issued Plaintiff Zeena Wisam Abdulbari Almsaid a Notice of Intent to Deny the petition ("NOID") on February 5, 2026. The onus is now on Plaintiff Almsaid to respond to the NOID. Plaintiffs' response is due March 9, 2026. Once UCSIS receives Plaintiff Almsaid's response, USCIS will require time to review the information Plaintiff provides and complete its adjudication.

Further, while USCIS will continue to take steps to progress in its adjudication of this case, it cannot currently issue a decision on Plaintiff Almsaid's I-130 petition due to a USCIS policy issued on December 2, 2025. *See* Policy Memorandum, Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries (PM-602-0192) ("Policy Memorandum") *available at* https://www.uscis.gov/sites/ default/files/ document/policy-alerts/PM-602-

0192-PendingApplicationsHighRiskCountries-20251202.pdf.  The Policy Memorandum directs USCIS to place "a hold on pending benefit requests for aliens from countries" identified in Presidential Proclamation ("PP") 10949 as high-risk countries.  *Id.* at 1.  The hold applies to this case because the beneficiary of the I-130 is a national of Yemen, which is identified as a high-risk country in PP 10949.

The Director of USCIS issued this policy due to issues concerning national security and public safety.  *Id.* at 2–3.  The hold is intended to provide USCIS time to address vulnerabilities during the process and to conduct a comprehensive review of all policies, procedures, and guidance to better protect the national security and public safety of the United States.  The hold remains in effect until lifted by the Director of USCIS.  The Policy Memorandum further provides that within 90 days of its issuance, USCIS will issue operational guidance.  Thus, the additional time is also necessary to determine how, if at all, the Policy Memorandum and any additional vetting procedures implemented as a result of the policy, may affect the processes involved in the adjudication of this case.

Under the Policy Memorandum, USCIS may continue to conduct screening activities and take adjudicative steps, but may not issue a decision.  In order to issue any benefit decisions while the policy is in place, USCIS must obtain an exemption from the Director or Deputy Director of USCIS.  *See id.* at 3, n. 10  ("Any requests to lift the hold due to litigation or other extraordinary circumstances must receive approval from the USCIS Director or Deputy Director" in coordination with the Office of Policy and Strategy.).

**The remainder of this page is intentionally blank.**

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME

The parties therefore stipulate that Defendants' deadline to respond to the Complaint be continued through and including April 30, 2026.  The parties further request that all other filing and case management deadlines, including any initial scheduling conference, be similarly vacated and reset.

Dated:  February 11, 2026

ERIC GRANT
United States Attorney

By:    */s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  February 11, 2026

/s/ JULIE A. GOLDBERG
JULIE A. GOLDBERG
Counsel for Plaintiffs

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME

**ORDER**

Having reviewed and considered the Stipulation and Proposed Order for First Extension of Time (Doc. 9), and good cause appearing, the Stipulation is GRANTED as follows:

1. Defendants' deadline to respond to the Complaint is continued through and including **April 30, 2026**;

2. All other filing and case management deadlines are extended accordingly; and

3. The Initial Scheduling Conference, currently set for February 24, 2026, at 9:30 AM, is CONTINUED to **May 21, 2026, at 9:00 AM in Courtroom 8**. The parties shall file a joint scheduling report one week prior to the scheduling conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **February 13, 2026**            /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME