UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEENA WISAM ABDULBARI ALMSAID, et al., | Case No.  1:25-cv-01560-JLT-FJS |
| Plaintiffs, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| KRISTI NOEM, et al., | |
| Defendants. | |

On May 4, 2026, Defendants Joseph B. Edlow, Kristi Noem, U.S. Citizenship and Immigration Services filed a motion to dismiss. (ECF No. 12.) Due to the current status of this case, the SCHEDULING CONFERENCE currently set for May 21, 2026, is continued to August 24, 2026, at 9:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

1