THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ZEENA WISAM ABDULBARI ALMSAID, ET AL.,

Plaintiffs,

v.

USCIS, ET AL.,

Defendants.

CASE NO. 1:25-CV-01560 JLT-FJS

ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

(ECF No. 16)

On July 23, 2026, Defendants Joseph B. Edlow, Kristi Noem, U.S. Citizenship and Immigration Services ("Defendants") moved to extend the time to file an answer to Plaintiffs Zeena Wisam Abdulbari Almsaid and Salah Mohsen Ahmed Mohsen's ("Plaintiffs") first amended complaint. (ECF No. 16.) Plaintiffs indicated that they do not oppose the motion. (ECF No. 16 at 2.)

Accordingly, the court finds good cause to grant the extension, and ORDERS the following:

1. Defendants' motion (ECF No. 16) is GRANTED; and
2. The new date for Defendants to file an answer or other dispositive pleading is August 7, 2026.

IT IS SO ORDERED.

Dated: **July 28, 2026**

UNITED STATES MAGISTRATE JUDGE